# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 1:14-cv-1527 (RC) |
| v. ) | |
| ) | |
| U.S. FISH AND WILDLIFE SERVICE, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION OF SETTLEMENT

Plaintiff, Center for Biological Diversity ("Plaintiff") and Defendant U.S. Fish and Wildlife Service and Defendant U.S. Department of State ("Defendants") (collectively "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. Defendant U.S. Fish and Wildlife Service shall pay Plaintiff a lump sum of Three Thousand Dollars and no cents ($3,000.00) in attorneys' fees and costs in this matter.

3. Payment of such attorneys' fees and costs will be made by electronic transfer of funds payable to Plaintiff. Upon notification of the Court ordering this Stipulation, the Parties will promptly cause the documentation necessary to effectuate this payment to be completed and transmitted. Plaintiff's counsel shall cooperate with Defendant to insure that all documentation required to process this payment is complete, accurate, and submitted to the Defendant by September 4, 2015. Defendant agrees to submit all necessary paperwork to the appropriate offices of the federal government promptly after this Stipulation is filed with the Court, or after Plaintiffs' counsel provides Defendant's counsel with the necessary information to facilitate

payment, whichever is later. Payment shall be made as promptly as practicable, consistent with the normal processing procedures followed by the Department of Justice and the Department of Interior, following the dismissal of the Complaint. Plaintiff acknowledges that failure to provide Defendant all necessary documentation by September 4, 2015 will prevent Defendant from rendering payment until November 2015.

4. Plaintiff agrees to forever discharge, release, and withdraw any claims of access to records or portions of records sought and received from Defendants in this action.

5. This Stipulation of Settlement shall represent full and complete satisfaction of all claims arising from the allegations set forth in the Complaint filed in this action, including full and complete satisfaction of all claims for costs and attorney's fees that have been, or could be, made in this case. This Stipulation of Settlement shall also represent full and complete satisfaction of all claims arising from Plaintiff's November 13, 2013 FOIA request, regardless of whether such claims were alleged in the Complaint. In particular, this Stipulation of Settlement shall include all claims for costs and attorneys' fees incurred in connection with the administrative Freedom of Information Act process, the District Court litigation process, and any other proceedings involving the claims raised in this action.

6. This Stipulation of Settlement shall not constitute an admission of liability or fault on the part of the Defendants or the United States or their agents, servants, or employees, and is entered into by all parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

7. This Stipulation of Settlement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

8. The parties agree that this Stipulation of Settlement will not be used as evidence or otherwise in any pending or future civil or administrative action against Defendants or the United States, or any agency or instrumentality of the United States.

9. Execution of this Stipulation of Settlement by counsel for Plaintiff and by counsel for Defendants shall constitute a dismissal of this action with prejudice, effective upon order of the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

10. This Stipulation of Settlement may be executed in counterparts as if executed by both parties on the same document.

\* \* \*

Respectfully submitted,

/s/ Jared Margolis
JARED MARGOLIS
Center for Biological Diversity
Diversity
2851 Willamette Street
P.O. Box 171
Eugene, OR 97405

Phone: (971) 717-6403

Attorney for Plaintiff

Date: 9/3/15

VINCENT H. COHEN, JR.
D.C. Bar #471489
Acting United States Attorney for the District of Columbia

DANIEL F. VAN HORN
D.C. Bar #924092
Civil Chief

By: /s/
CARL EZEKIEL ROSS
D.C. Bar No. 492441
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Fax: (202) 252-2505

Attorneys for Defendants

Date: 9-3-15